United States Courts
Southern District of Texas
FILED
January 07, 2025
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | CRIMINAL NO. 4:25-cr-0004 |
| v. § § | |
| DARRELL WAYNE COLLINS, § §  Defendant | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### Title 18, United States Code, Section 922(g)(1)
### Felon In Possession of a Firearm

On or about June 8, 2022, in the Houston Division of the Southern District of Texas, the Defendant,

### DARRELL WAYNE COLLINS

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess the following firearms:

- Glock 17 Pistol with serial number BTMH617,

- Anderson Manufacturing AR-15 Pistol, with serial number 21184854, and

- Aero Precision AR-15 Pistol, with serial number PTL01909,

and at least one of the firearms had been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO
## Title 18, United States Code, Section 924(c)(1)(A)
## Possession of a Firearm in Furtherance of a Drug Trafficking Crime

### Uncharged Drug Trafficking Offense

On or around June 8, 2022, in the Houston Division of the Southern District of Texas, the Defendant, **DARRELL WAYNE COLLINS,** did knowingly possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

### Charged Offense Under 18 U.S.C. § 924(c)(1)(A)

On or about June 8, 2022, in the Houston Division of the Southern District of Texas, the Defendant,

**DARRELL WAYNE COLLINS**

did knowingly possess at least one firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely knowingly and intentionally possessing with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE
## Title 18, United States Code, Section 922(g)(1)
## Felon In Possession of a Firearm

On or about April 10, 2024, in the Houston Division of the Southern District of Texas, the Defendant,

**DARRELL WAYNE COLLINS**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock 17GEN5 Pistol with serial

number BVGD546, and the firearm has been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### COUNT FOUR
### Title 18, United States Code, Section 924(c)(1)(A)
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime

*Uncharged Drug Trafficking Offense*

On or around April 10, 2024, in the Houston Division of the Southern District of Texas, the Defendant, **DARRELL WAYNE COLLINS,** did knowingly possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

*Charged Offense Under 18 U.S.C. § 924(c)(1)(A)*

On or about April 10, 2024, in the Houston Division of the Southern District of Texas, the Defendant,

**DARRELL WAYNE COLLINS**

did knowingly possess at least one firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely knowingly and intentionally possessing with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm, involved in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8) as charged in Counts 1, 2, 3, and 4 are subject to forfeiture, including, but not limited to, the following:

Glock 17 Pistol with serial number BTMH617

Anderson Manufacturing AR-15 Pistol, with serial number 21184854, and

Aero Precision AR-15 Pistol, with serial number PTL01909

Glock 17GEN5 Pistol with serial number BVGD546

Any corresponding ammunition

A TRUE BILL:

Original Signature on File
_____
**FOREPERSON OF THE GRAND JURY**

**ALAMDAR S. HAMDANI**
**UNITED STATES ATTORNEY**

BY: _____
   **Anh-Khoa T. Tran**
   **Assistant United States Attorney**